AO 247 (10/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 MAR 18  PM 2: 24

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Clifford Junior Walker, III | ) Case No: 1:11CR00101-1 |
| aka "Zulu" | ) USM No: 16954-021 |
| Date of Original Judgment: January 31, 2012 | ) Richard E. Allen |
| Date of Previous Amended Judgment: Not Applicable | ) Defendant's Attorney |

*(Use Date of Last Amended Judgment if Any)*

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [X] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated  January 31, 2012  shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3/18/2016

_____
Judge's signature

J. Randal Hall
United States District Judge

Effective Date: _____
*(if different from order date)*

Printed name and title