IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 111-101 |
| | * | |
| CLIFFORD JUNIOR WALKER III | * | |

**O R D E R**

On July 7, 2020, Defendant Clifford Junior Walker III filed a motion to reduce his sentence pursuant to Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194.

Section 404 of the First Step Act allows a district court that imposed a sentence for a "covered offense" to "'impose a reduced sentence as if sections 2 and 3 of the Fair Sentencing Act [of 2010] . . . were in effect at the time the covered offense was committed.'" United States v. Jones, 962 F.3d 1290, 1297 (11th Cir. 2020) (quoting the First Step Act § 404(b)). Relevant here, section 2 of the Fair Sentencing Act reduced the statutory penalties prescribed by 21 U.S.C. §§ 841(b)(1)(A)(iii) and (B)(iii); thus, a defendant committed a "covered offense" if his offense of conviction "triggered the higher penalties in section 841(b)(1)(A)(iii) or (B)(iii)." Id. at 1301. The Fair Sentencing Act did not make any changes to 21 U.S.C. § 841(b)(1)(C), which

provides for a term of imprisonment of not more than twenty years for offenses involving quantities of crack that do not fall within sections 841(b)(1)(A) or (B) – that is, quantities below 28 grams. United States v. Timmons, --- F. App'x ---, 2020 WL 4192072, *2 (11th Cir. Jul. 21, 2020). Here, Defendant was sentenced upon his plea of guilty to distribution of an unspecified quantity of cocaine base and penalized under 21 U.S.C. § 841(b)(1)(C). Because the statutory penalty for his offense of conviction was not modified by Section 2 of the Fair Sentencing Act, Defendant is not eligible for relief under the First Step Act.

Upon the foregoing, Defendant's motion to reduce sentence pursuant to the First Step Act (doc. 124) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of August, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA